IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS LINDSEY,

    Plaintiff,

v.

GARY BOUGHTON, et al.

    Defendants.

ORDER

Case No. 19-cv-855-jdp

---

CARLOS LINDSEY,

    Plaintiff,

v.

STACY HOEM, et al.

    Defendants.

ORDER

Case No. 19-cv-904-jdp

---

Plaintiff Carlos Lindsey, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a certified trust fund account statement for the six month period preceding the filing of the complaints in support of the motion to proceed without prepayment of the filing fee. Plaintiff has also filed a motion for waiver of the initial partial filing fee. Using information for the relevant time period from plaintiff's trust fund account statement, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee, but will not assess an initial partial filing fee. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motions filed by plaintiff Carlos Lindsey for leave to proceed without prepayment of the filing fee and to waive payment of the initial partial filing fee are GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 12th day of November, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge