STATE OF WISCONSIN, ~~CIRCUIT~~ District COURT, ~~[illegible]~~ Dane COUNTY | For Official Use

~~State of Wisconsin~~
Carlos Lindsey
)
)
)
(party designation) Plaintiff, ~~Respondent~~
)
-vs-
)
~~Jessica W. Lindsey~~, Gary Boughton,
Mark Wortman, Lebbeus Brown,
Cathey Jess,
(party designation) Defendants ~~Appellate~~  Case No. 19-CV-895

**Notice of Appeal**

Notice is hereby given that (name of party filing appeal) Carlos D. Lindsey appeals to the Court of Appeals, District 7th, from [choose one] ☒ the whole ☐ a part of the final judgment or order, entered on (date) 11/18/2019 in the circuit court for ~~Milwaukee~~ Dane County, the Honorable (name of Judge) ~~[illegible]~~ James Peterson presiding, in favor of (name of party opposing appeal) ~~State of Wisconsin~~ Judge James Peterson, and against (name of party filing appeal) Carlos D. Lindsey, wherein the court (describe judgment or order) Improper denial to ~~[illegible]~~ proceed under imminent danger and other claims in civil suit.

NOTE: If this is an appeal under §809.30 or §809.32, also include the following (see §809.10(1)):

- If a postconviction motion was not filed, state the date of service of the last transcript or service of a copy of the circuit court case record.

  If a postconviction motion was filed, state the date of the order deciding the postconviction motion(s).

- If the Court of Appeals established any other filing deadline, state it.

**If counsel is appointed under ch. 977, a copy of the order appointing counsel should be attached to the notice of appeal.**

This [choose one] ☐ is ☐ is not an appeal within Wisconsin Statutes §752.31(2).

This [choose one] ☒ is ☐ is not an appeal to be given preference in the circuit court or court of appeals pursuant to statute. ~~[illegible]~~

Date: 11-20-2019

| Signature of Filing Attorney or Party | Telephone Number |
|---|---|
| Carlos D. Lindsey -Pro-se | N/A |
| Name Printed or Typed | State Bar Number (if applicable) |
| Carlos D. Lindsey | N/A |
| Address | |
| Wisconsin Secure Program Facility 1101 Morrison Dr. P.O. Box 1000, Boscobel, WI 53805 | |

This completed form must be *filed* with the clerk of the circuit court in which the judgment or order appealed from was entered. In addition, copies of this completed form must be served upon the following:
1. the Clerk of the Court of Appeals;
2. opposing counsel; and
3. any other party.

CA-120, 11/08 Notice of Appeal

§§809.10 and 809.25, Wisconsin Statutes
($195.00 filing fee)