IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

GARY BOUGHTON, et al.

    Defendants.

ORDER

Case No. 19-cv-885-jdp
Appeal no. 19-3311

---

CARLOS LINDSEY,

    Plaintiff,

v.

STACEY HOEM, et al.

    Defendants.

ORDER

Case No. 19-cv-904-jdp
Appeal no. 19-3278

---

Plaintiff Carlos Lindsey, an inmate in the custody of the Wisconsin Department of Corrections, was assessed $0.90 as initial partial appeal fees in each of these cases. Now, plaintiff has filed a motion to waive his initial partial appeal payments and has submitted an interview / information request that shows he has insufficient funds to cover the $0.90 initial partial appeal fees.[1] It appears that plaintiff presently has no means with which to pay the make the initial partial appeal payments. Under these circumstances, the court will grant plaintiff's motion to waive the initial partial appeal filing fees. Plaintiff is advised that the full $505 appeal filing fee for each case remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

---

[1] Plaintiff has captioned his motion to waive the initial partial filing fee to include his appeal in case 19-cv-180-jdp (appeal no. 19-3422); however, this order does not apply to the fee in that appeal because the court has not entered a ruling on the motion for leave to appeal *in forma pauperis* in that case.

ORDER

IT IS ORDERED that the motions filed by plaintiff Carlos Lindsey to waive the initial partial appeal payments in cases 19-cv-885-jdp and 19-cv-940-jdp are GRANTED.

Entered this 10th day of January, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge